**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOEL PIERRE,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:10-cv-1597-Orl-31KRS**

**FANEUIL, INC.,**

        **Defendant.**

## ORDER

This cause comes before the Court on the plaintiff's Complaint (Doc. No. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), both filed October 28, 2010.

On October 29, 2010, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the complaint be dismissed without prejudice and the motion be denied without prejudice. The magistrate judge also recommends that the plaintiff be allowed fourteen days to file an amended complaint and a renewed motion to proceed without payment of fees. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The Complaint (Doc. No. 1) is **DISMISSED** without prejudice and the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** without prejudice.

3.      Plaintiff may file an amended complaint and a renewed motion to proceed *in forma pauperis* within 14 days of the date of this order.  Failure to file an amended complaint within this time may result in the case being closed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 16th day of November, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party